**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **BILLY MOSLEY and CORA MOSLEY,** § | |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:14-cv-04360-L |
| **CHASE BANK USA, N.A.** § | |
| **D/B/A CHASE,** § | |
| Defendant. § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED
PERSONS AND RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.4 and FED. R. CIV. P. 7.1, Chase Bank USA, N.A. ("CB USA") submits the following Disclosure Statement that identifies with regard to all non-governmental corporate parties, any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation and which provides a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations or other legal entities that are financially interested in the outcome of the case.

1. <u>Plaintiffs</u>: Billy Mosley and Cora Mosley are individual citizens of Texas.

2. <u>Plaintiffs' counsel</u>: James J. Manchee and Marilyn S. Altamira, Manchee & Manchee, P.C.

3. <u>Defendant</u>: Chase Bank USA, N.A., is a wholly-owned indirect subsidiary of JPMorgan Chase & Co., a publicly traded company (trading symbol: JPM).

4. <u>Defendant's Counsel</u>: Wm. Lance Lewis and Kenneth A. Hill, Quilling, Selander, Lownds, Winslett & Moser, P.C.

        Respectfully submitted,

        QUILLING, SELANDER, LOWNDS
            WINSLETT & MOSER, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, Texas 75201-4240
        (214) 871-2100 (Telephone)
        (214) 871-2111 (Facsimile)

        By: */s/ Kenneth A. Hill*
            Wm. Lance Lewis
            Texas Bar No. 12314560
            Kenneth A. Hill
            Texas Bar No. 09646950
            llewis@qslwm.com
            kenhill@qslwm.com
        ATTORNEYS FOR CHASE BANK USA, N.A.

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case, including counsel for Plaintiff.

        */s/Kenneth A. Hill*
        Kenneth A. Hill

4852-5175-5553, v. 1