**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **BILLY MOSLEY and CORA MOSLEY,** § | |
|     Plaintiffs, § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 3:14-cv-04360-L** |
| **CHASE BANK USA, N.A.** § | |
| **D/B/A CHASE,** § | |
|     Defendant. § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE SAM A. LINDSAY, UNITED STATES DISTRICT JUDGE:

Billy Mosley and Cora Mosley (together, the "Plaintiffs") and Chase Bank USA, N.A. (the "Defendant"), being all of the parties to this lawsuit (Plaintiffs and Defendant together, the "Parties"), file this Joint Notice of Settlement and would respectfully show as follows:

1. The Plaintiffs commenced this action against the Defendant by filing their Complaint in this Court on December 12, 2014 (Dkt. No. 1).

2. The Parties hereby notify the Court that they have reached a settlement of all matters involved in this lawsuit. The Parties are preparing a settlement agreement for execution. The Parties respectfully request that the deadlines and settings, and any other matters in this case, be stayed due to the pending settlement.

3. The Parties also ask that the Court retain jurisdiction and keep the case open until the settlement can be completed. The Parties anticipate filing a joint motion or stipulation to dismiss this lawsuit with prejudice within 60 days.

WHEREFORE PREMISES CONSIDERED, the Parties notify the Court that they have settled all matters involved in this case. They respectfully request, however, that the Court retain

jurisdiction over the case and keep it open, but stay all pending deadlines, settings and other matters, until such time as the Parties can prepare and file formal dismissal papers.

        Respectfully submitted,

        MANCHEE & MANCHEE, PC

        By:   */s/ James J. Manchee*
        James J. Manchee
        Jim@mancheelawfirm.com
        State Bar No. 00796988
        Marilyn S. Altamira
        Maltamira@mancheelawfirm.net
        Manchee & Manchee, PC
        12221 Merit Drive, Suite 950
        Dallas, TX  75251
        (972) 960-2240 (Telephone)
        (972) 233-0713 (Facsimile)
        ATTORNEYS FOR THE PLAINTIFFS

        and

        QUILLING, SELANDER, LOWNDS
          WINSLETT & MOSER, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, Texas 75201
        (214) 871-2100 (Telephone)
        (214) 871-2111 (Facsimile)

        By:   */s/ Kenneth A. Hill*
          Wm. Lance Lewis
          State Bar No. 12314560
          Kenneth A. Hill
          State Bar No. 09646950
        ATTORNEYS FOR THE DEFENDANT

4811-6262-3265, v.  1