IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BILLY MOSLEY and CORA MOSLEY, § | |
|     Plaintiffs, § | |
| v. § | |
| § | CIVIL ACTION NO. 3:14-cv-04360-L |
| CHASE BANK USA, N.A. § | |
| D/B/A CHASE, § | |
|     Defendant. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE SAM A. LINDSAY, UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 41(a), Billy Mosley and Cora Mosley (together, the "Plaintiffs") and Chase Bank USA, N.A. (the "Defendant"), being all of the parties to this lawsuit, hereby dismiss this lawsuit with prejudice, with each party to bear its own fees, costs, and expenses.

                                                Respectfully submitted,

                                            */s/ James J. Manchee*
                                           JAMES J. MANCHEE
                                           Texas Bar No. 00796988
                                           MANCHEE & MANCHEE, LLP
                                           12221 Merit Drive, Suite 950
                                           Dallas, Texas  75251
                                           (972) 960-2240 Telephone
                                           (972) 233-0713 Facsimile
                                           ATTORNEYS FOR THE PLAINTIFFS
                                               and
                                           QUILLING, SELANDER, LOWNDS
                                                 WINSLETT & MOSER, P.C.
                                           2001 Bryan Street, Suite 1800
                                           Dallas, Texas  75201-4240
                                           (214) 871-2100 (Telephone)
                                           (214) 871-2111 (Facsimile)

                                       By:    */s/ Kenneth A. Hill*
                                               Wm. Lance Lewis
                                               State Bar No. 12314560
                                               Kenneth A. Hill
                                               State Bar No. 09646950
                                           ATTORNEYS FOR THE DEFENDANT

4812-2119-5810, v.  1